IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MUIS LIDINILAH,<br>Defendant. | INDICTMENT<br><br>Criminal No. 20- 33 (RAM)<br><br>Violations:<br>18 U.S.C. § 2241(a)(1)<br>18 U.S.C. § 2244(a)(1)<br><br><br>(TWO COUNTS) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Aggravated Sexual Abuse
(18 U.S.C. § 2241(a)(1))

On or about December 26, 2019, while aboard a cruise ship and within the special maritime and territorial jurisdiction of the United States, the defendant,

**MUIS LIDINILAH,**

did knowingly cause the victim to engage in a sexual act, specifically contact between his fingers and the vulva by the use of force against the victim, in violation of 18 U.S.C. § 2241(a)(1).

### COUNT TWO
### Abusive Sexual Contact
(18 U.S.C. § 2244(a)(1))

On or about December 26, 2019, while aboard a cruise ship and within the special maritime and territorial jurisdiction of the United States, the defendant,

**MUIS LIDINILAH,**

with an intent to abuse, harass, humiliate, and degrade the victim and to arouse and gratify the sexual desire of any person, knowingly and intentionally engaged in sexual contact (as defined in 18 U.S.C.

§ 2246(3)) with the victim, without her permission, in violation of 18 U.S.C. § 2244(a)(1).

TRUE BILL

FOREPERSON

Date: January 23, 2020

W. STEPHEN MULDROW
United States Attorney

Myriam Y. Fernández-González
Chief, Criminal Division

Jenifer Hernández-Vega
Assistant United States Attorney
Chief, Violent Crimes Unit

Daynelle Alvarez Lora
Assistant United States Attorney

2